No. 73–298.  Vela et al. *v.* Vowell, Commissioner of Public Welfare of Texas, et al.  Appeal from D. C. W. D. Tex.  Motion of appellants to dispense with printing jurisdictional statement denied with leave to file a printed jurisdictional statement in conformity with Rule 39 of the Rules of this Court, or, if applicable, file

a motion for leave to proceed *in forma pauperis,* with supporting affidavits, pursuant to Rule 53 of the Rules of this Court, on or before February 11, 1974.